**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Adam DeBow, SBN 305809
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendant, COUNTY OF BUTTE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ANNA ROTHSTEIN,

        Plaintiff,

v.

COUNTY OF BUTTE; SHANNON JENNINGS, Butte County Correctional Officer; TIMOTHY HILL, former Butte County Correctional Officer; Butte county Correctional Sergeant; DARYL HOVEY, Butte County correctional Lieutenant; KORY L. HONEA, Butte County Sheriff-Coroner; and DOES 1-20,

        Defendants.

CASE NO.: 2:16-cv-00919-TLN-CMK

**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Complaint Filed: 3/16/15

Plaintiff ANNA ROTHSTEIN and Defendant COUNTY OF BUTTE HEREBY STIPULATE AND AGREE that Defendant COUNTY OF BUTTE and all other Defendants may have until August 20, 2016, to file a responsive pleading to Plaintiff's Complaint. This extension will allow all parties the opportunity to conduct a settlement conference on August 5, 2016 in front of United States Magistrate Judge Kendall J. Newman. This is the first stipulation for an extension of time between the parties.

{01561620.DOCX}                                    1
**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED AND AGREED.**

Dated:  June 21, 2016     PORTER SCOTT
                          A PROFESSIONAL CORPORATION


                          By  /s/Stephen E. Horan
                              Stephen E. Horan
                              Adam DeBow
                              Attorneys for Defendant
                              COUNTY OF BUTTE


Dated: June 20, 2016      LAW OFFICE OF STEWART KATZ


                          By  /s/Stewart Katz (Authorized 6/20/16)
                              Stewart Katz
                              Attorney for Plaintiff
                              ANNA ROTHSTEIN

# ORDER

IT IS ORDERED, that Defendant, BUTTE COUNTY and ALL OTHER DEFENDANTS are granted an extension of time until August 20, 2016 to file a responsive pleading to Plaintiff's complaint.

Dated: June 21, 2016

_____
Troy L. Nunley
United States District Judge

{01561620.DOCX}                             3
**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**