**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**PORTER SCOTT**
**A PROFESSIONAL CORPORATION**
Stephen E. Horan, SBN 125241
Adam DeBow, SBN 305809
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

**LAW OFFICE OF KRISTA C. GEDDES**
KRISTA GEDDES, State Bar #288657
2261 Saint George Lane, Suite F
Chico, CA 95926
Telephone: (530) 774-2359

*Attorneys for Plaintiff*

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 75684
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

*Attorneys for Defendant, COUNTY OF BUTTE*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ROTHSTEIN,<br><br>         Plaintiff,<br><br>vs.<br><br>COUNTY OF BUTTE; SHANNON JENNINGS, Butte County Correctional Officer; TIMOTHY HILL, former Butte County Correctional Officer; DARYL HOVEY, Butte County Correctional Lieutenant; KORY L. HONEA, Butte County Sheriff-Coroner; and DOES 1-20.<br><br>         Defendants.<br>_____/ | NO. 2:16-cv-00919-TLN-CMK<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff ANNA ROTHSTEIN and Defendants COUNTY OF BUTTE, SHANNON JENNINGS, TIMOTHY HILL, DARYL HOVEY and KORY L. HONEA, by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF BUTTE, SHANNON JENNINGS,

Stipulation for Dismissal; Order                                                                                                         1

1  TIMOTHY HILL, DARYL HOVEY and KORY L. HONEA be dismissed with prejudice
2  pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
3        Each party is to bear its/their own fees and costs, including all attorneys' fees.
4
5  Dated: September 2, 2016        LAW OFFICE OF STEWART KATZ
6                                        /s/ Stewart Katz
7                                        STEWART KATZ,
                                      Attorneys for Plaintiff
8
9  Dated: September 2, 2016        LAW OFFICE OF KRISTA C. GEDDES
10
11                                       Krista C. Geddes
                                      KRISTA C. GEDDES
12                                       Attorneys for Plaintiff
13
14 Dated:  September 2, 2016       PORTER SCOTT
                                      A PROFESSIONAL CORPORATION
15
16                                       /s/ Stephen H. Horan
                                      STEPHEN H. HORAN
17                                       ADAM DeBOW
                                      Attorneys for Defendant
18                                       COUNTY OF BUTTE
19
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Stipulation for Dismissal; Order                                                          2

1  **ORDER DISMISSING ACTION**

   **IT IS SO ORDERED.**  This action against Defendants COUNTY OF BUTTE, SHANNON JENNINGS, TIMOTHY HILL, DARYL HOVEY and KORY L. HONEA is dismissed with prejudice.  All parties to bear its/their own attorneys' fees and costs.

Dated: September 6, 2016

_____
Troy L. Nunley
United States District Judge